**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| ANSELMO FIGUEROA ALVAREZ | * * * * * * * * | Case No. 11-05826 (BKT) |
| Debtor | | Chapter 7 |

## UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE AND THAT REOPENING FEE BE WAIVED

TO THE HONORABLE COURT:

Mary Ida Townson, United States Trustee for Region 21, through her undersigned counsel, respectfully states and prays as follows:

1. Debtors filed the case of caption on July 8th, 2011. (Dkt. #1).

2. On April 23rd, 2015, the Court entered an order discharging the trustee and closing the estate (Dkt. #41).

3. The Office of the United States Trustee has been notified of additional funds from claim no. 276 of case 13-07759/MCF Caribbean International News Corporation to benefit the bankruptcy estate in the approximate amount of $6,500.00 and has so notified the Chapter 7 trustee (Exhibit 1).

4. The case must be reopened for the Chapter 7 Trustee to deposit debtors' check in the approximate amount of $6,500.00 for further distribution to creditors.

WHEREFORE, the United States Trustee hereby respectfully requests the Court to reopen the case of caption waiving the reopening fee, and enter such further relief as deemed just and proper.

NOTICE

WITHIN FOURTEEN (14) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATE OF SERVICE BELOW, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(f) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (ii) THE

REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (iii) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

- **NOREEN WISCOVITCH RENTAS    courts@nwr-law.com**
- **ROBERTO FIGUEROA CARRASQUILLO cmecf@rfclawpr.com**
- **MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov**
- **OFFICE OF THE UNITED STATES TRUSTEE ustpregion21.hr.ecf@usdoj.gov**

I DO HEREBY FURTHER CERTIFY that on this same date a true and exact copy of the foregoing has been sent by regular United States mail to the following parties at:

ANSELMO FIGUEROA ALVAREZ
LUIS MUNOZ MARIN AVENUE
O13 VILLA CARMEN
CAGUAS, PR  00725

MIDLAND FUNDING LLC/RECOSER LLC
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

DATED: OCTOBER 21ST, 2022.

MARY IDA TOWNSON
United States Trustee

OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax:  (787) 729-7449

(Electronically Filed)

By:  s/ Monsita Lecaroz Arribas
      Monsita Lecaroz Arribas
      Assistant U.S. Trustee
      USDC-PR No. 207707