IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| ANSELMO FIGUEROA ALVAREZ | * | CASE NUMBER 11-05826(EAG) |
| | * | |
| Debtor(s) | * | CHAPTER 7 (ASSET) |

## NOTICE OF REAPPOINTMENT OF INTERIM TRUSTEE
## AND APPROVAL OF BLANKET BOND

Upon the court order entered on November 8th, 2022, granting the Motion to Reopen the Case filed October 21st, 2022 (Doc. #43) by the United States Trustee hereby reappoints the following Trustee and the Trustee's bond is fixed under the general blanket bond:

**NOREEN WISCOVITCH RENTAS**
P.O. BOX 364363
San Juan, PR. 00936
Tel: 787-946-0132

I HEREBY CERTIFY that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

- MONSITA LECAROZ ARRIBAS  ustpregion21.hr.ecf@usdoj.gov
- US TRUSTEE  ustpregion21.hr.ecf@usdoj.gov
- NOREEN WISCOVITCH RENTAS  noreen@nwr-law.com  courts@nwr-law.com
- ROBERTO FIGUEROA CARRASQUILLO  rfc@rfigueroalaw.com

I DO HEREBY FURTHER CERTIFY that on this same date a true copy of the foregoing document has been sent by U. S. First Class Mail to: **debtor,** Anselmo Figueroa Alvarez, Luis Muñoz Marin Ave., 013 Villa Carmen, Caguas, PR 00725; **to creditor,** Midland Funding, LLC/Recoser, LLC, 25 SE 2nd, Ave. Ste. 1120, Miami, FL 33131 and **to trustee,** Noreen Wiscovitch Rentas, Esq. in at the above named address.

In San Juan, Puerto Rico, this 27th, day of December, 2022.

MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

[**Electronically Filed**]

s/Monsita Lecaroz Arribas
MONSITA LECAROZ ARRIBAS
ASSISTANT U.S. TRUSTEE
Office of the United States Trustee
Ochoa Building
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone (787) 729-7444
Telecopier (787) 729-7449
USDC-PR #207707